UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
CATHERINE CINA,                    )
                                   )   Case No. C14-0781RSL
            Plaintiff,             )
     v.                            )
                                   )   ORDER GRANTING MOTIONS FOR
QUALITY LOAN SERVICE CORP. OF      )   SUMMARY JUDGMENT
WASHINGTON, et al.,                )
                                   )
            Defendants.            )
_____)

This matter comes before the Court on a "Motion for Summary Judgment" filed by defendants Wells Fargo Bank, N.A., and Federal Home Loan Mortgage Corporation (Dkt. # 23) and a "Motion for Summary Judgment by Defendant Quality Loan Service Corporation of Washington" (Dkt. # 26). Plaintiff did not file substantive responses, instead requesting a Rule 56(d) continuance. That request has been denied. Having reviewed the memoranda, declarations, and exhibits submitted by the parties,[1] the unopposed motions for summary judgment are GRANTED.

Dated this 22nd day of December, 2014.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Defendants' request for judicial notice is GRANTED as stated in footnote 1 of the Order Denying Motion for Temporary Restraining Order. Dkt. # 16 at 1-2.

ORDER DENYING MOTION FOR
CONTINUANCE